IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BLUEBONNET TELECOMMUNICATIONS, L.L.C., | § § § | |
| Plaintiff, | § § § | |
| v. | § | |
| ALCATEL-LUCENT S.A., et al. | § § | Case No. 2:14-cv-0009 JRG **CONSOLIDATED LEAD CASE** |
| GRANDSTREAM NETWORKS, INC | § | Case No. 2:14-cv-0093 JRG |
| LINKSYS, LLC | § | Case No. 2:14-cv-0094 JRG |
| YEALINK NETWORK TECHNOLOGY CO., LTD. | § § | Case No. 2:14-cv-0099 JRG |
| UNIDEN AMERICA CORPORATION | § | Case No. 2:14-cv-0102 JRG |
| KYOCERA COMMUNICATIONS, INC. | § | Case No. 2:14-cv-0246 JRG |

### ORDER OF DISMISSAL

In light of the Stipulation of Dismissal filed by Bluebonnet Telecommunications L.L.C. ("Bluebonnet") and Defendants Alcatel-Lucent S.A., Alcatel-Lucent USA Inc. (collectively "Alcatel")"*F m0P q089+, the Court HEREBY ORDERS as follows:

1. Bluebonnet's claims against Alcatel are hereby dismissed with prejudice.

2. Alcatel's claims against Bluebonnet are hereby dismissed with prejudice.

3. Bluebonnet and Alcatel shall each bear their own attorney fees and costs incurred in connection with this action.

4. This Court retains jurisdiction over the parties and the settlement agreement for purposes of resolving any dispute that may arise under it.

**So ORDERED and SIGNED this 25th day of February, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE