IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> ALCATEL-LUCENT S.A.; ALCATEL-LUCENT USA INC; TCL CORPORATION; TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD; TCT MOBILE (US) INC.; AND TCT MOBILE (US) HOLDINGS INC. <br><br> Defendant. | CIVIL ACTION NO. 2:14-cv-009 <br><br> **JURY TRIAL DEMANDED** |

## ORDER

The Court has before it Plaintiff's notice of dismissal without prejudice Defendants TCL Corporation, TCL Communication Technology Holdings Ltd, TCT Mobile (US) Inc., and TCT Mobile (US) Holdings Inc. (collectively "the TCL and TCT defendants"). Rwtuwcpv" vq"HTER"63*c+*3+*C+*k+"vj g"motion"*F m0P q034+ is hereby GRANTED.

IT IS ORDERED that the TCL and TCT defendants are dismissed from this action without prejudice.

**So ORDERED and SIGNED this 6th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE